# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ADAM ROBERT DELAPAZ                                       PLAINTIFF

v.                          4:21-cv-00835-JM-JJV

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,                            DEFENDANT

## **JUDGMENT**

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

SO ORDERED this 23rd day of August, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE